# United States District Court
### EASTERN DISTRICT OF TEXAS
### PARIS DIVISION

| | | |
|---|---|---|
| TOMMIE M. MCCRACKEN | § | |
| | § | |
| V. | § | CASE NO. 4:05cv40 |
| | § | (Judge Schneider/Judge Bush) |
| Commissioner of Social | § | |
| Security Administration | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action for judicial review of the administrative denial of Social Security Disability Insurance Benefits, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On September 2, 2005, the Report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the decision of the commissioner should be affirmed.

As neither party has filed objections to the Report and Recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

1

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the decision of the Commissioner shall be and is hereby **AFFIRMED**. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 29th day of September, 2005.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE